BARRY A. SMITH (SBN: 48697)
CRAIG C. CHIANG (SBN: 209602)
IVO KELLER (SBN: 245909)
BUCHALTER NEMER
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
Email: ikeller@buchalter.com

Attorneys for Secured Creditor
Pacific Service Credit Union

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>FREDRICK CARROLL BOWLES,<br><br>Debtor. | Case No. 10-31259 BDM<br><br>Chapter: 13<br><br>**NOTICE OF OPPOSITION OF PACIFIC SERVICE CREDIT UNION TO DEBTORS' MOTION TO VALUE COLLATERAL AND TO AVOID JUNIOR LIEN; REQUEST FOR HEARING**<br><br>**(Filed concurrently with Memorandum and Declarations of Jeff Rodgers and Lewis Cohen)**<br><br>Date: TBS<br>Time: TBS<br>Ctrm: |

Secured Creditor Pacific Service Credit Union ("Pacific") hereby gives notice of its opposition to Debtor's Motion to Value Collateral and to Avoid Junior Lien, and hereby requests a hearing on the matter. The grounds for Pacific's opposition are as follows:

1. Debtor has not carried his burden to prove that there is no value to support Pacific's lien on the real property located at 851 Corbett Avenue, San Francisco, California (the "Residence"); and

1

**NOTICE OF OPPOSITION TO DEBTORS' MOTION TO VALUE COLLATERAL**

2. Debtor intentionally gutted the Residence, and the Court should not reward him for such conduct to the detriment of his creditor.

Pacific's opposition is set forth in greater detail in the Memorandum and the declarations of Jeff Rodgers and Lewis Cohen filed concurrently herewith.

DATED: May 26, 2010

BUCHALTER NEMER
Professional Corporation
BARRY A. SMITH
CRAIG CHIANG
IVO KELLER


By: /s/ Craig C. Chiang
CRAIG CHIANG
Attorneys for Secured Creditor
Pacfiic Service Credit Union

BN 6249971v1

2

**NOTICE OF OPPOSITION TO DEBTORS' MOTION TO VALUE COLLATERAL**